

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00337-CV

Oscar **TOLEDO**,
Appellant

v.

**ROADSIDE RECOVERY SPECIALISTS** d/b/a Bexar Towing,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 380559
Honorable Jason Pulliam, Judge Presiding

PER CURIAM

Sitting: Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice

Delivered and Filed:  September 18, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant Oscar Toledo filed a motion to dismiss this appeal.  We grant the motion.  *See*

TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellant.  *See* TEX. R. APP. P.

42.1(d) (absent agreement of the parties, costs are taxed against appellant).


PER CURIAM